Jon A. Visosky, Esq.
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Tel: (671) 646-1222
Fax: (671) 646-1223
visosky@guamlawoffice.com

Attorneys for Defendant
LeoPalace Guam Corporation

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Ricardo M. Ricabar,<br><br>        Plaintiff,<br>v.<br><br>Leo Palace Guam Corporation,<br><br>        Defendant. | CIVIL CASE NO. CV11-00033<br><br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the Complaint in this matter be dismissed with prejudice, each party to bear their respective costs and attorneys' fees.

TORRES LAW GROUP

Date: __FEBRUARY 22__, 2013    By: _____
                                                          PHILLIP TORRES
                                                          Attorneys for Plaintiff Ricardo M. Ricabar

DOOLEY ROBERTS & FOWLER LLP

Date: __March 8__, 2013    By: _____
                                                          JON A. VISOSKY
                                                          Attorneys for Defendant
                                                          Leopalace Guam Corporation